IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07- 104 M |
| ) | |
| SCOTT T. ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO SEAL
## CRIMINAL COMPLAINT, AFFIDAVIT, AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint, Affidavit, and File in the above-captioned case be sealed until further Order of the Court.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 5-17-07

IT IS SO ORDERED this __17__ day of __May__, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
MAY 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE