AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ___DELAWARE___

UNITED STATES OF AMERICA
V.
Scott T. Robinson

**WARRANT FOR ARREST**

CASE NUMBER: 07-104M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Scott T. Robinson___
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

receipt, distribution, and possession of child pornography

FILED
MAY 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title ___18___ United States Code, Section(s) ___2252A___

___Honorable Mary Pat Thynge___           ___United States Magistrate Judge___
Name of Issuing Officer                    Title of Issuing Officer

___[signature]___                          ___Wilmington, DE___
Signature of Issuing Officer               Date and Location

Bail fixed at $ ___No Bail___  by ___[signature]___
                                   Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-18-07 | Scott Duffey | [signature] |