AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

*PREL / DET*

## WITNESS AND EXHIBIT RECORD

| DATE 5/22/07 | CASE NUMBER 07-104m | OPERATOR KINCAID | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Gov't WITNESS FBI Special Agent Scott Duffy | | 12:45 pm | 12:47 pm | — | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Criminal Complaint & Affidavit. | ID | ID. |

FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE